UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )       Cause No.     1:24-cr-00149-TWP-MKK
                                )
ANTONIO PARNELL,                )                           - 01
                                )
            Defendant.          )

**REPORT AND RECOMMENDATION**

On April 29, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 9, 2025.  Defendant Parnell appeared in person with his appointed counsel Joseph Cleary.  The government appeared by Cristina Caraballo-Colon, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Bethany Greenup.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Parnell of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Parnell admitted violation number(s) 1 - 3. [Docket No. 13.]

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance."**<br><br>On June 5, and 24, 2025, Mr. Parnell tested positive for marijuana use. As previously reported to the Court, on August 13, and October 16, 2024; January 9, March 4, and 17, 2025, Mr. Parnell tested positive for marijuana use. |
| 2 | **"The defendant shall submit to random urinalysis or any other drug screening method whenever the same is deemed appropriate by the probation officer and shall participate in a substance abuse program, including inpatient substance abuse treatment, as directed by the probation officer. The defendant shall not use any method or device to evade a drug screen."**<br><br>Mr. Parnell failed to report for drug treatment on May 6, 13, 20, 22, 29, and July 3, 2025. He failed to report for two drug tests in April 2025 and three drug tests in May 2025. |
| 3 | **"After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed."**<br><br>Mr. Parnell failed to report to the probation office as directed on February 19, 26, March 12, June 26, and July 2, 2025. |

4.   The parties stipulated that:

    (a)   The highest grade of violation is a Grade C violation.

    (b)   Defendant's criminal history category is V.

    (c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

5.   The parties jointly recommended a sentence of 11 months to the Bureau of Prisons with no supervised release to follow.

Defendant requested placement at FCI Milan, Michigan or a facility as close to Detroit, Michigan as possible.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of **11 months with no supervised release to follow**.  The Magistrate Judge will make a recommendation of placement at FCI Milan, Michigan or a facility as close to Detroit, Michigan as possible.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 4/29/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

3